below in point of law charged upon a sufficient bill of indictment and is entitled to a new trial. Let this be certified.

PER CURIAM. Appeal dismissed and *venire de novo.*

In *State* v. *Hooks,* from Anson:

DILLARD, J. No bill of exceptions or statement of a case of appeal accompanies the record, and after a careful examination we can detect no error therein. In such case the rule is to affirm the judgment. *State* v. *Powell,* 74 N. C., 270; *State* v. *Murray,* 80 N. C., 364. Let this be certified, &c.

PER CURIAM. No error.

In *State* v. *Walker,* from Columbus:

ASHE, J. In this case there is no appeal bond, nor affidavit of inability to give one, accompanying the record. The appeal is therefore dismissed. *State* v. *Patrick,* 72 N. C., 217; *State* v. *Hawkins, Ib.,* 180; *State* v. *Spurtin,* 80 N. C, 362.

Let this be certified to the superior court of Columbus county than further proceedings may be had in the case according to law.

PER CURIAM. Appeal dismissed.

In *Goff* v. *Pope* and *Boddie* v. *Woodard,* and *Cobb* v. *Morgan:* Remanded for a properly certified transcript. The case of *State* v. *Ephraim Jones, ante,* 691, cited and approved.

In *Troutman* v. *Barkley,* from Iredell: The appellant not insisting on any error in the ruling below, and none appearing, the court here affirm the judgment.